Dismissed and Memorandum Opinion filed August 18, 2005









Dismissed and Memorandum Opinion filed August 18,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00684-CR

____________

 

SHANNON MARIE
MAREK, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
248th District Court

 Harris County, Texas

Trial Court Cause No. 1026809

 



 

M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to possession of a controlled
substance.  In accordance with the terms
of a plea bargain agreement with the State, on June 8, 2005, the trial court
imposed deferred adjudication probation for two years, a $200 fine, and 180
hours of community service.  Appellant
filed a pro se notice of appeal.  Because
appellant has no right to appeal, we dismiss. 









The trial court entered a certification of the defendant=s right to appeal in which the court
certified that this is a plea bargain case, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court=s certification is included in the
record on appeal.  See Tex. R. App. P. 25.2(d).

Accordingly, we dismiss the appeal.  

 

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed August 18, 2005.

Panel consists of Justices Fowler,
Edelman, and Guzman.

Do Not Publish C Tex. R. App.
P. 47.2(b).